Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before STEWART, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

Eric Daniel Morales, former federal prisoner # 10876–179, appeals from the 11–month sentence imposed upon revocation of his supervised release.

This court must examine the basis of its jurisdiction on its own motion if necessary. *Mosley v. Cozby,* 813 F.2d 659, 660 (5th Cir.1987). Article III, § 2, of the Constitution limits federal court jurisdiction to actual cases and controversies. *See Spencer v. Kemna,* 523 U.S. 1, 7, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998). The case-or-controversy requirement demands that "some concrete and continuing injury other than the now-ended incarceration or parole—some 'collateral consequence' of the conviction—must exist if the suit is to be maintained." *Id.*

Morales has served the sentence that was imposed upon the revocation of his supervised release. The order revoking Morales's term of supervised release imposed no further term of supervised release. Accordingly, there is no case or controversy for this court to address, and the appeal is dismissed as moot.

APPEAL DISMISSED.

---

UNITED STATES of America, Plaintiff–Appellee,

v.

Tony Dean MORGAN, Defendant–Appellant.

No. 05–11213

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

June 21, 2006.

Vicki H. Lamberson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Amarillo, TX, Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Jerry V. Beard, Assistant Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Lubbock, TX, for Defendant–Appellant.

Before SMITH, GARZA and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender has filed a motion to withdraw and brief pursuant to *Anders v. California,* 386 U.S. 738, 744, 87

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

**472**

S.Ct. 1396, 18 L.Ed.2d 493 (1967). Morgan has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be